UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**


KATHERINE THOMPSON,                    )
                                       )
    Plaintiff,                        )    Civil Action No. 5:09-341-JMH
                                       )
v.                                     )
                                       )
                                       )
CIRCLE K MIDWEST, LLC, *et al.*,       )    **MEMORANDUM OPINION & ORDER**
                                       )
    Defendants.                       )


        ** ** ** ** ** ** ** **

    This matter is before the Court upon the Plaintiff's First Motion for Extension of Time to File a Notice of Appeal [DE 42]. The Court being adequately advised, this motion is ripe for consideration.

    This Court may extend the time to file a notice of appeal upon a timely motion of the party seeking relief and if "that party shows excusable neglect or good cause." Fed. R. App. P. 4(a)(5)(A)(i), (ii). Although her motion is timely, Plaintiff has made no effort to demonstrate excusable neglect, good cause or, indeed, to offer any reason for her request for an extension of time to file her notice of appeal. It follows that this Court may not grant her the relief she seeks.

    Accordingly, **IT IS ORDERED** that Plaintiff's First Motion for

1

Extension of Time to File a Notice of Appeal [DE 42] is **DENIED**.

This the 15th day of September, 2011.



Signed By:

*Joseph M. Hood*

Senior U.S. District Judge